United States District Court
Southern District of Texas
**ENTERED**
July 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| BBVA USA, <br>   Plaintiff, | § <br> § <br> § | |
| VS. | § <br> § <br> § <br> § | 5:21-CV-00077 |
| GLEN EDWARD SCHNABLEGGER, <br>   Defendant. | § | |

## **ORDER**

In this breach of contract action, Defendant was ordered to file an answer or responsive pleading to Plaintiff's complaint by no later than October 29, 2021. (Dkt. No. 7.) No filings have been made by either party in the subsequent nine months. Plaintiff is **ORDERED** to submit an advisory to the Court by August 4, 2022 on whether they intend to dismiss this case or proceed under Federal Rule of Civil Procedure 55(b)(1).

IT IS SO ORDERED.

Signed on July 21, 2022 at Laredo, Texas.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE