United States District Court
Southern District of Texas
**ENTERED**

July 22, 2022

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| BBVA USA, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 5:21-CV-00077** |
| | § | |
| GLEN EDWARD SCHNABLEGGER, | § | |
| | § | |
| **Defendant.** | § | |

### RULE 41 VOLUNTARY DISMISSAL

Plaintiff PNC Bank, National Association, successor to BBVA USA ("Plaintiff") filed a "Notice of Dismissal Without Prejudice" (Dkt. 10). This Notice (Dkt. 10) informed the Court of Plaintiff's intent to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action without a court order if the plaintiff provides a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).[1]

Typically, this type of dismissal is without prejudice, unless the plaintiff has previously dismissed any federal or state court action based on or including the same claim. Fed. R. Civ. P. 41(a)(1)(A)(i). In this action, Plaintiff states that it has not previously dismissed any action based on the same claim. (Dkt. 10 at 1.)

A Rule 41(a) notice of dismissal is "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Behuck v. Home Depot U.S.A., Inc.*,

---

[1] Defendant has not answered or moved for summary judgment. Defendant has moved for an extension of time to file a responsive pleading, but this does not preclude Plaintiff from voluntarily dismissing its claims under Rule 41(a)(1)(A)(i). *In re Amerijet Intern, Inc.*, 785 F.3d 967, 973-974 (5th Cir. 2015).

814 F. 3d 287, 291 (5th Cir. 2016). Thus, the sole purpose of this document is to DIRECT the Clerk of the Court to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this July 22, 2022.

Diana Saldaña
United States District Judge